UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Johnny Stapleton,                                       Case No. 1:11cv375

        Plaintiff

        vs.

Aaron Bollinger, et al.,
        Defendants.


**ORDER**

On August 15, 2012 a telephone scheduling conference was held. During that conference it was agreed by counsel and the Court that the Stipulation filed June 8, 2012 (Doc. 20) dismissing all claims of plaintiff Tiffany Stapleton included any and all claims against defendant J. D. McDaniels. Therefore, by agreement of the parties and the consent of the Court, J. D. McDaniels is TERMINATED as a party.

The Calendar is STAYED pending a settlement conference scheduled for October 25, 2012.

                                                           /s/ *Stephanie K. Bowman*
                                                           United States Magistrate Judge