UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Johnny Stapleton,
    Plaintiff,

vs                                                     Civil Action No. 1:11cv375

Aaron Bollinger, et al.                 Bowman, M.J.
    Defendants.

## ORDER

The parties having reached an agreement to settle this litigation;

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, move to reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

IT IS SO ORDERED.

Date: 10/11/12

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge